173 So. 917

## F. C. COBLE v. STATE.
### 8 Div. 459.

Court of Appeals of Alabama.
Jan. 26, 1937.

RICE, Judge.
Appeal dismissed.

175 So. 921

## Jean COCHRAN v. STATE.
### 7 Div. 273.

Court of Appeals of Alabama.
June 8, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

167 So. 918

## Willie COCHRAN, alias Corcoran, v. STATE.
### 4 Div. 232.

Court of Appeals of Alabama.
April 7, 1936.

SAMFORD, Judge.
Affirmed.

173 So. 917

## Young A. COFFEE v. STATE.
### 8 Div. 362.

Court of Appeals of Alabama.
Feb. 16, 1937.

Raymond Murphy, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

174 So. 898

## Alice COLE v. STATE.
### 6 Div. 142.

Court of Appeals of Alabama.
May 11, 1937.

SAMFORD, Judge.
Affirmed.

165 So. 915

## George COLEMAN v. STATE.
### 3 Div. 773.

Court of Appeals of Alabama.
Jan. 14, 1936.

BRICKEN, Presiding Judge.
Affirmed.

165 So. 915

## Mack COLEMAN v. STATE.
### 3 Div. 772.

Court of Appeals of Alabama.
Jan. 14, 1936.

RICE, Judge.
Affirmed.